IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| VERNON KING, JR. | § | |
| V. | § | CIVIL ACTION NO. 9:07CV5 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the above-styled petition for writ of habeas corpus be **DENIED** and the same shall be and is hereby **DISMISSED** with prejudice from the docket of this Court. It is further

**ORDERED** that a certificate of appealability is hereby **DENIED** and all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 21 day of **March, 2007.**

_____
Thad Heartfield
United States District Judge